UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HOSPITAL CARE FACILITY,<br><br>　　　　Defendant. | No. 2:17-cv-1533 KJN P<br><br><br>ORDER |

By order filed July 28, 2017, plaintiff's complaint was dismissed and he was granted thirty days in which to file an amended complaint. Thirty days have now passed and plaintiff has not filed an amended complaint. However, on August 7, 2017, plaintiff wrote a letter to the clerk's office apologizing for the delay. Also, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

It is unclear whether plaintiff intended by his letter to seek an extension of time in which to file his amended complaint. However, in an abundance of caution, the undersigned construes his letter as such a request, and grants plaintiff an additional thirty days in which to file an amended complaint. However, plaintiff is again reminded that failure to file an amended complaint in compliance with the July 28, 2017 order will result in the dismissal of this action.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's letter, construed as a request for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to timely file an amended complaint will result in the dismissal of this action.

Dated: August 28, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/lope1533.36